PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL B. BECKWITH
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-0145 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| STEPHEN J. DOUGAN, | DATE: September 22, 2016 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on September 22, 2016.

2.      By this stipulation, the parties now move to continue the status conference until October 6, 2016, and to exclude time between September 22, 2016, and October 6, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and related documents, accounting and bank records, tax filings, and other relevant documents, totaling 54,878 pages to date.  All of this discovery has been produced directly to counsel, some as recently as this week.

b)      Counsel for defendant desires additional time to consult with his client, review the

nature of the charges, conduct additional legal and factual research, and review and analyze the voluminous discovery in this matter.

c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government joins in the request for the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 22, 2016 to October 6, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated:  September 20, 2016                          PHILLIP A. TALBERT
                                                   Acting United States Attorney


                                                   /s/ MATTHEW M. YELOVICH
                                                   MICHAEL B. BECKWITH
                                                   MATTHEW M. YELOVICH
                                                   Assistant United States Attorneys

Dated:  September 20, 2016                          /s/ PATRICK K. HANLY
                                                   PATRICK K. HANLY
                                                   Counsel for Defendant
                                                   STEPHEN J. DOUGAN


**ORDER**

IT IS SO ORDERED.

Dated:  September 21, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE