1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL B. BECKWITH
   MATTHEW M. YELOVICH
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8                      IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  2:16-CR-0145 MCE

12                      Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                             TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                             ORDER

14  STEPHEN J. DOUGAN,                       DATE: October 6, 2016
                                             TIME: 10:00 a.m.
15                      Defendant.           COURT: Hon. Morrison C. England, Jr.

16

17                                  **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on October 6, 2016.

21        2.      By this stipulation, the parties now move to continue the status conference until

22  December 8, 2016, and to exclude time between October 6, 2016, and December 8, 2016, under Local

23  Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government has represented that the discovery associated with this case

26  includes investigative reports and related documents, accounting and bank records, tax filings,

27  and other relevant documents, totaling 54,937 pages to date.  All of this discovery has been

28  produced directly to counsel for the defendant.

STIPULATION REGARDING EXCLUDABLE TIME                1
PERIODS UNDER SPEEDY TRIAL ACT

1    b)    Counsel for the defendant desires additional time to consult with his client,

2  conduct additional legal and factual research in light of a recent presentation by the government,

3  and review and analyze the voluminous discovery in this matter.

4    c)    Counsel for the defendant believes that failure to grant the above-requested

5  continuance would deny him the reasonable time necessary for effective preparation, taking into

6  account the exercise of due diligence.

7    d)    The government does not oppose the request for a continuance based on the

8  amount of discovery and need for defense preparation.  The government is prepared to set a trial

9  date at a time agreeable to the defendant.

10    e)    Based on the above-stated findings, the ends of justice served by continuing the

11  case as requested outweigh the interest of the public and the defendant in a trial within the

12  original date prescribed by the Speedy Trial Act.

13    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  et seq., within which trial must commence, the time period of October 6, 2016 to December 8,

15  2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

16  T4] because it results from a continuance granted by the Court at the parties' request on the basis

17  of the Court's finding that the ends of justice served by taking such action outweigh the best

18  interest of the public and the defendant in a speedy trial.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION REGARDING EXCLUDABLE TIME       2
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5    Dated:  October 3, 2016                    PHILLIP A. TALBERT
                                                Acting United States Attorney
6

7                                              /s/ MATTHEW M. YELOVICH
                                               MICHAEL B. BECKWITH
8                                              MATTHEW M. YELOVICH
                                               Assistant United States Attorneys
9

10

11   Dated:  October 3, 2016                    /s/ PATRICK K. HANLY
                                                PATRICK K. HANLY
12                                              Counsel for Defendant
                                                STEPHEN J. DOUGAN
13

14
                                          **ORDER**
15

16        IT IS SO ORDERED.

17   Dated:  October 12, 2016

18

19   _____
     MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME            3
PERIODS UNDER SPEEDY TRIAL ACT