1  PHILLIP A. TALBERT
   United States Attorney
2  MICHAEL B. BECKWITH
   MATTHEW M. YELOVICH
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8

                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:16-CR-0145 MCE

12                      Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                           ORDER

14  STEPHEN J. DOUGAN,

15                      Defendant.

16

17                              **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on December 7, 2016.

21       2.      On November 21, 2016, the Court, by minute order, continued this matter to December

22  15, 2016, at 10:00 a.m., and encouraged the parties to file a notice of exclusion of time if amenable.

23       3.      By this stipulation, the parties now move to exclude time between December 7, 2016, and

24  December 15, 2016, under Local Code T4.

25       4.      The parties agree and stipulate, and request that the Court find the following:

26            a)      The government has represented that the discovery associated with this case

27  includes investigative reports and related documents, accounting and bank records, tax filings,

28  and other relevant documents, totaling approximately 54,939 pages to date. All of this discovery

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1    has been produced directly to counsel for the defendant.

2             b)    Counsel for the defendant desires additional time to consult with his client,

3    conduct additional legal and factual research in light of a recent presentation by the government,

4    and review and analyze the voluminous discovery in this matter.

5             c)    Counsel for the defendant believes that failure to grant the above-requested

6    continuance would deny him the reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence.

8             d)    The government does not oppose the request for a continuance based on the

9    amount of discovery and need for defense preparation.  The government is prepared to set a trial

10    date at a time agreeable to the defendant.

11             e)    Based on the above-stated findings, the ends of justice served by continuing the

12    case as requested outweigh the interest of the public and the defendant in a trial within the

13    original date prescribed by the Speedy Trial Act.

14             f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15    et seq., within which trial must commence, the time period of December 7, 2016 to December

16    15, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

17    Code T4] because it results from a continuance granted by the Court at the parties' request on the

18    basis of the Court's finding that the ends of justice served by taking such action outweigh the

19    best interest of the public and the defendant in a speedy trial.

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 22, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MATTHEW M. YELOVICH
MICHAEL B. BECKWITH
MATTHEW M. YELOVICH
Assistant United States Attorneys

Dated: November 22, 2016

/s/ PATRICK K. HANLY
PATRICK K. HANLY
Counsel for Defendant
STEPHEN J. DOUGAN

**ORDER**

IT IS SO ORDERED.

Dated: November 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT