PHILLIP A. TALBERT
United States Attorney
MICHAEL B. BECKWITH
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>STEPHEN J. DOUGAN,<br><br>                Defendant. | CASE NO.  2:16-CR-0145 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 15, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on December 15, 2016.

2.    By this stipulation, the parties now move to continue the status conference until February 23, 2017, and to exclude time between December 15, 2016, and February 23, 2017, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes investigative reports and related documents, accounting and bank records, tax filings, and other relevant documents, totaling 54,939 pages to date.  All of this discovery has been produced directly to counsel for the defendant.

b)      Counsel for the defendant desires additional time to consult with his client, conduct additional legal and factual research in light of a recent presentation by the government, and review and analyze the voluminous discovery in this matter.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not oppose the request for a continuance based on the amount of discovery and need for defense preparation.  The government is prepared to set a trial date at a time agreeable to the defendant.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 15, 2016 to February 23, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4      IT IS SO STIPULATED.

5 Dated:  December 13, 2016                 PHILLIP A. TALBERT
                                   United States Attorney

6

7                                /s/ MATTHEW M. YELOVICH

8                                MICHAEL B. BECKWITH
                               MATTHEW M. YELOVICH

9                                Assistant United States Attorneys

10

11 Dated:  December 13, 2016             /s/ PATRICK K. HANLY

12                                PATRICK K. HANLY
                               Counsel for Defendant

13                                STEPHEN J. DOUGAN

14                                    **ORDER**

15      IT IS SO ORDERED.

16 Dated:  January 4, 2017

17

18                             MORRISON C. ENGLAND, JR

19                             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28