PATRICK K. HANLY (Bar #128521)
455 Capitol Mall Suite 325
Sacramento, CA  95814
Telephone:  (916) 773-2211
Facsimile:   (916) 442-9680

Attorney for Defendant
Stephen J. Dougan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>STEPHEN J. DOUGAN,<br><br>      Defendant, | CASE NO.  2:16-0145  MCE<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

  1. By previous order, this matter was set for status on February 23, 2017.

  2. By this stipulation, defendant now moves to continue the status conference until June 29, 2017, and to exclude time between February 23, 2017 and June 29, 2017, under Local Code T4.

  3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has produced over 50,000 pages of discovery associated with this case.

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Dougan*, 2:16-CR-0145

1

    b. Counsel for defendant requests additional time to continue the review of the discovery and conduct related investigations and to otherwise prepare for trial.

    c. Counsel for defendant believes that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 23, 2017, to until June 29, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///

///

///

///

///

///

///

///

///

///

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Dougan*, 2:16-CR-0145

2

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED**.

PHILLIP A. TALBERT
United States Attorney

DATED: February 15, 2017        by:     /s/ Matthew Yelovich
                                        Assistant United States Attorney

DATED: February 15, 2017                /s/ Patrick K. Hanly
                                        Counsel for Defendant
                                        Stephen J. Dougan

**O R D E R**

**IT IS SO ORDERED**.

Dated: February 21, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE
*U.S. v. Dougan*, 2:16-CR-0145

3