MCGREGOR W. SCOTT
United States Attorney
MICHAEL B. BECKWITH
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0145 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING MOTION SCHEDULE AND TRIAL CONFIRMATION HEARING; ORDER |
| v. | |
| STEPHEN J. DOUGAN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial to begin July 9, 2018, with a trial confirmation hearing set for May 31, 2018, and a pretrial motions deadline of February 1, 2018.

2. By this stipulation, the parties now jointly move to (1) continue the pretrial motions deadline from February 1, 2018, to March 1, 2018, (2) reset the pretrial motions briefing and hearing schedule as outlined below, and (3) advance the trial confirmation hearing from May 31, 2018, to May 10, 2018.

3. The parties agree and stipulate to the following pretrial motions briefing schedule:

   a) All pretrial motions, other than motions in limine, must be filed no later than March 1, 2018.

1          b)        Any opposition or statement of non-opposition to such a pretrial motion must be filed no later than March 15, 2018.

        c)        The moving party may file a reply, which must be filed no later March 22, 2018.

        d)        The parties request a hearing date of April 5, 2018, for disposition of such pretrial motions. The Court may, in its discretion, vacate this hearing date if it determines that a hearing is not necessary to disposition of the motion(s) under governing law.

4.        Time was previously excluded under the Speedy Trial Act through the first day of trial (July 9, 2018) under Local Code T4 for defense preparation. The parties note that filing of pretrial motions may independently exclude time in this case prior to their prompt disposition, per Local Code E. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 17, 2018                            MCGREGOR W. SCOTT
                                                     United States Attorney

                                                     /s/ MATTHEW M. YELOVICH
                                                     MICHAEL B. BECKWITH
                                                     MATTHEW M. YELOVICH
                                                     Assistant United States Attorneys

Dated: January 17, 2018                            /s/ PATRICK K. HANLY
                                                     PATRICK K. HANLY
                                                     Counsel for Defendant
                                                     STEPHEN J. DOUGAN

**ORDER**

Pursuant to the stipulation of the parties and good cause having been shown, the Court adopts that stipulation as its order subject to the following exception: The trial confirmation hearing currently set for May 31, 2018, is hereby VACATED and ADVANCED to Thursday, May 17, 2018, at 10:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: January 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE