PATRICK K. HANLY (Bar #128521)
455 Capitol Mall Suite 325
Sacramento, CA 95814
Telephone: (916) 773-2211
Facsimile: (916) 442-9680

Attorney for Defendant
Stephen J. Dougan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>STEPHEN J. DOUGAN,<br><br>        Defendant, | CASE NO. 2:16-0145 MCE<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 29, 2018.

2. By this stipulation, both parties now move to continue the status conference until September 12, 2018 at 9:30 a.m.

**IT IS SO STIPULATED**.

**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Dougan*, 2:16-CR-0145 MCE

1

|   |   |   |   |
|---|---|---|---|
| DATED: August 28, 2018 | by: | /s/ Michael Beckwith<br>Assistant United States Attorney | |

McGREGOR W. SCOTT
United States Attorney

DATED: August 28, 2018          /s/ Patrick K. Hanly
Counsel for Defendant
Stephen J. Dougan

# O R D E R

**IT IS SO FOUND AND ORDERED**

Dated: August 28, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Dougan*, 2:16-CR-0145 MCE