PATRICK K. HANLY (Bar #128521)
455 Capitol Mall Suite 325
Sacramento, CA 95814
Telephone: (916) 773-2211
Facsimile: (916) 442-9680

Attorney for Defendant
Stephen J. Dougan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-0145 MCE |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | |
| STEPHEN J. DOUGAN, | |
| Defendant, | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 12, 2018.

2. By this stipulation, both parties now move to continue the status conference until October 10, 2018 at 9:30 a.m.

**IT IS SO STIPULATED**.

**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Dougan*, 2:16-CR-0145 MCE

1

|   |   |   |   |
|---|---|---|---|
| DATED: September 11, 2018 | | by: | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ Michael Beckwith<br>Assistant United States Attorney |
| DATED: September 11, 2018 | | | /s/ Patrick K. Hanly<br>Counsel for Defendant<br>Stephen J. Dougan |

# O R D E R

**IT IS SO FOUND AND ORDERED**

Dated: September 12, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE**
*U.S. v. Dougan*, 2:16-CR-0145 MCE