MCGREGOR W. SCOTT
United States Attorney
MICHAEL B. BECKWITH
MATTHEW M. YELOVICH
AMY S. HITCHCOCK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0145 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING MODIFICATION TO SPECIAL CONDITIONS OF RELEASE; ORDER |
| v. | |
| STEPHEN J. DOUGAN, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on October 10, 2018, for further proceedings regarding defendant's July 3, 2018, request to modify the conditions of his release.

2. By this stipulation, the parties now jointly move to modify defendant's Special Conditions of Release, *see* ECF No. 60, to add the following language as Special Condition 3:

    a) The defendant maintains a retirement account at Baird in Roseville, California, ending x6524, in the name of Stephen J. Dougan (herein, the "Retirement Account"). The parties agree that no one shall be permitted to withdraw or transfer any funds from the Retirement Account from October 10, 2018 forward absent further Order of this Court, except that all account-based fees payable to Baird can continue to be paid. The defendant remains able

1

to continue to add funds to the Retirement Account, and this condition places no restrictions on Baird's ability to invest funds in the Retirement Account in the ordinary course of plan administration.

      b)     Furthermore, if the defendant fails to appear for required court appearance(s) and a bench warrant is issued, Baird shall forfeit to the United States the entire amount held in the Retirement Account at the time the bench warrant was issued.

      c)     This Special Condition shall remain in place until further Order of the Court, and shall be served on Baird Financial Advisors as well as the parties upon entry.

3.     The parties further request that, should this Court add Special Condition 3 as drafted, the current status conference set for October 10, 2018, be vacated as moot.

IT IS SO STIPULATED.

Dated: October 8, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW M. YELOVICH
MICHAEL B. BECKWITH
MATTHEW M. YELOVICH
AMY S. HITCHCOCK
Assistant United States Attorneys

Dated: October 8, 2018

/s/ PATRICK K. HANLY
PATRICK K. HANLY
Counsel for Defendant
STEPHEN J. DOUGAN

**ORDER**

IT IS SO ORDERED

Dated: October 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE