1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-145 MCE |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| STEPHEN J. DOUGAN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  A trial confirmation hearing was held on November 8, 2018.

2.  A jury trial in this matter is set to begin on January 7, 2019.

3.  Defense counsel is involved in multiple in-court and out-of-court commitments that will affect defense counsel's ability to reasonably prepare for trial, taking into account the exercise of due diligence. These commitments include court hearings, discovery review, sentencings, and investigations in multiple cases in both federal and state court, as well as the possible preparation of an opposition to a government motion to exclude or limit the testimony of an expert witness recently notice by the defendant in this case. A hearing on that motion is currently set for December 3, 2018. This continuance will allow for the continuity of defendant's counsel, who previously reviewed the discovery

Stipulation and Order    1

in this case and has engaged in extensive trial preparation.

4. The parties agree that this case presents unusually complex factual issues involving approximately 10 years of relevant conduct and events, multiple businesses, multiple accountants, and related records, several years of tax filings, and a multi-year tax audit during which the defendant was represented by separate counsel. The complexity of the facts requires substantial time to properly analyze, review relevant documents, interview witnesses, and otherwise prepare for trial. The parties further agree that this case presents complex legal issues that require substantial time to analyze, research, and address adequately in preparation for trial.

5. To date, the government has produced over 55,000 pages of discovery in this case, including investigative reports and related documents, tax filings, accounting and banking records, email correspondence, and other records.

6. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance.

8. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

9. For the purpose of computing time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period between November 8, 2018, and January 7, 2019 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and B(iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

Stipulation and Order 2

1. 10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | MCGREGOR W. SCOTT<br>United States Attorney |
| Dated: November 9, 2018 | /s/ *Michael M. Beckwith*<br>MICHAEL M. BECKWITH<br>Assistant United States Attorney |
| Dated: November 9, 2018 | /s/ *Patrick K. Hanly*<br>Patrick K. Hanly<br>Attorney for defendant Stephen J. Dougan |

**ORDER**

The Court, having read and considered the parties' Stipulation, which this Court incorporates by reference to this Order in full, hereby finds and orders the following:

1. A trial confirmation hearing was held on November 8, 2018;

2. A jury trial in this matter is set to begin on January 7, 2019; and

3. In consideration of the reasons set forth in the parties' Stipulation, the Court finds that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and time between November 8, 2018, and January 7, 2019, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii) and B(iv) [Local Codes T2 and T4].

IT IS SO ORDERED.

Dated: November 14, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE