1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-145-MCE |
| Plaintiff, | |
| v. | ORDER TO SEAL GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE AND RELATED EXHIBITS AND FILE REDACTED COPIES |
| STEPHEN J. DOUGAN, et al., | |
| Defendants. | |

The government's request to seal its reply to defendant Dougan's response to the government's motions in limine, ECF Dkt No. 106 (15 pages), and the exhibits thereto, ECF Dkt No. 107 (12 pages), is GRANTED. The government's request to file redacted copies of these documents is also GRANTED.

IT IS SO ORDERED.

Dated: December 28, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE