McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
CHI SOO KIM
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>STEPHEN J. DOUGAN,<br><br>                Defendant. | Case No.  2:16-CR-00145 WBS<br><br>**DECLARATION OF CHRISTOPHER S. FITZPATRICK** |

I, Christopher S. Fitzpatrick, declare as follows:

1.      I am a Special Agent with the Internal Revenue Service, Criminal Investigations.  I have been an IRS Special Agent since September 2001.  As such, I have personal knowledge of the following matters and could testify to them if called as a witness.

2.      On January 17, 2019, I participated in a telephonic interview of Guy Adams with IRS-CI Special Agent Daniel Norman.  Attached as **Exhibit 1** is a true and correct copy of my notes from the interview of Mr. Adams.

3.      Before it closed, Mr. Adams worked for Heald College in Roseville.  He said he hired Veronica Layman and she worked for him for two or three years.  Ex. 1 at 2.

4.      Mr. Adams indicated that during the hiring process, Veronica Layman gave him a

reference letter.  Ex. 1 at 1.  He said Veronica told him that the contents of the letter were not true.  He believed that she told him this at some point after she was hired.  Ex. 1 at 1.  Mr. Adams could not remember exactly what information in the letter was not true.  Ex. 1 at 2.

5.      Mr. Adams said that he has not spoken with Veronica Layman in over a year, though he has texted her within the last year.


Executed at Sacramento, California on February 19, 2019.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


*/s/ Christopher S. Fitzpatrick*
CHRISTOPHER S. FITZPATRICK

# EXHIBIT  1

1/17/19

adom 601

telephonic

(1)

- (d) was a member of the county club

- (U) — worked for me

- might have the reference letter. I
  save a lot of records but I can
  not sure if I have it. I could look for the
  letter.

- I talked w/ (V) about the reference
  w/ (V). we didn't talked about (D) until kkr
  blc of the drame

- I almost did not hire (V)

- I valued (V) + I trust her

- I knew (D) reputation + I would so
  to bat for (V)

- (—) (U) told me that the contents of the letter
  were not true. It is a hunch that she
  told me thru some point after she was hired

- I wasn't going to hire her as she
  wasn't Voluntarie volunteer.

DOUGAN_063853



- I dont recall what information went true in the letter

- (V) is a person what you see is what you get.

- (V) personally transported my yourself dashe so I trust her

- (V) is at the top of the list for trust

- have not spoken to (V) for over a year. kept her w/in the year

- She worked for me for 2-3 years but I dont recall the year

- Corithia / heald → went out of business b/c college for profit.

- (d) made a lot of money and I am not surprised that he is in trial

DOUGAN_063854