McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
CHI SOO KIM
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-145 WBS |
| Plaintiff, | ORDER FOR EARLY RETURN OF SUBPOENA DUCES TECUM |
| v. | |
| STEPHEN J. DOUGAN, | |
| Defendant. | |

By noon on Wednesday, March 13, 2019, Douglas Youmans and Robin Klomparens ("the witnesses") shall deliver to each party a complete set of the documents called for by the subpoena attached to this order. *See* Fed. R. Crim. P. 17(c)(1).

Further, at 9:00 a.m. on Monday, March 18, 2019, both witnesses shall appear before this Court to testify in an evidentiary hearing.

SO ORDERED.

Dated: March 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )     Case No.   2:16-cr-00145-WBS |
| STEPHEN DOUGAN | ) |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: ROBIN KLOMPARENS
    WAGNER, KIRKMAN, BLAINE,
    KLOMPARENS & YOUMANS, LLP

       **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | | Courtroom No: |
|---|---|---|
| **Place of Appearance:** | U.S. COURTHOUSE AND FEDERAL BUILDING 501 I STREET, SACRAMENTO, CA 95814 | Hon. William B. Shubb - 14th Floor, Ctrm 5 |
| | CHECK IN AT:   U.S. ATTORNEY'S OFFICE 501 I STREET, 10TH FLOOR SACRAMENTO, CA  95814 | |
| | MAILING ADDRESS:   U.S. ATTORNEY'S OFFICE 501 I STREET, STE 10-100 SACRAMENTO, CA  95814 | Date and Time: March 18, 2019     9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE ATTACHED, TO BE RETURNED BY MARCH 13, 2019 PER COURT ORDER

Date:   <u>March 5, 2019</u>



*Marianne Matherly*, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, and telephone number of the attorney representing United States of America, who requests this subpoena, is:

MICHAEL BECKWITH/CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Case No. 2:16-cr-00145-WBS

**PROOF OF SERVICE**

This subpoena for:  ROBIN KLOMPARENS ⊞

was received by me on *(date)* _____

☐ The undersigned hereby certifies that she personally served the attached documents on

on *(date)* _____  ; or

☐ The undersigned hereby certifies that she placed said copy in an envelope, addressed to the person hereinafter named, at the place and address listed below, which is the best address known, and caused said envelope and contents to be sent from Sacramento, California to the recipient via certified mail:

☐ The undersigned hereby certifies that she sent via electronic mail the attached document to the person listed below, at the email address listed below, to serve this subpoena:

on *(date)* _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc.:

**NOTICE TO FACT WITNESSES APPEARING ON BEHALF OF THE UNITED STATES GOVERNMENT**

NAME & PHONE NUMBER OF CONTACT PERSON: (916)554-2700 AUSA: MICHAEL BECKWITH/CHI SOO KIM  [+]
CASE Agent [NAME] and Phone:

VERIFY YOUR ATTENDANCE:   On the last business day BEFORE you travel to court, call the case agent or the victim witness unit (phone numbers on the Witness travel instruction page) to verify that your attendance is required.   This may prevent a wasted trip in the event the trial date has changed. Identify yourself as a WITNESS.   State your **NAME, the CASE FOR WHICH YOU HAVE BEEN CALLED, and the ATTORNEY'S NAME.**

ATTENDANCE:   The subpoena or summons will tell you to appear at 501 I Street, Sacramento, CA 95814.  Before reporting to the courtroom, you are requested to report to the receptionist located on the 10th floor of the courthouse.   You should do this **EACH DAY** on which you are asked to be in attendance.

Reimbursement information on this form MAY NOT APPLY to Federal Employees (Military or Civilian), deportable aliens paroled into the United States for prosecution, or incarcerated persons.  Please contact the Victim Witness Unit for clarification.

FEE AND ALLOWANCES:   Title 28, U.S. Code Section 1821, provides for the following fees and allowances. Notes: Allowances  may be subject to change.

    a.   FEE:   $40.00 for each day's attendance and **REQUIRED** travel days.

    b.   TRANSPORTATION:   Reimbursement for travel by the **LEAST EXPENSIVE** method reasonably available, **INCLUDING TRAVEL TIME**, will be made according to the following rules:

      1)   LOCAL TRAVEL:   (Within 50 miles of the court) Travel within the local area of the court should be by automobile, bus, or light rail.
      2)   INTERMEDIATE TRAVEL:   (50 to 200 miles from court) Travel within 50 to 200 miles from court should be by the **MOST ECONOMICAL** scheduled common carrier (bus, rail, or plane) available in our area or by privately owned vehicle.

      3)   LONG DISTANCE TRAVEL:   (Over 200 miles from court) Long distance travel will be reimbursed at government rates for scheduled common carrier unless there is limited air service in your area or a medical reason for not flying.

      4) PRIVATELY OWNED VEHICLES (POV):   The rates per mile for travel by POV will be the current federal mileage reimbursement rate at the time of appearance.

Distances traveled are determined by Google or Bing Maps.  In addition, NECESSARY tolls, parking fees, tie down fees, etc. will be paid.   If two or more witnesses travel in the same POV, only one reimbursement for mileage will be made.   Reimbursement for travel by POV may be limited to the cost of travel by common carrier.   You <u>must</u> save all receipts and submit them with the DOJ-3 witness voucher that is available at the 10th floor reception area.

      5) RENTAL VEHICLES AND OTHER TRANSPORTATION EXPENSES **WILL NOT** BE REIMBURSED  WITHOUT SPECIAL JUSTIFICATION AND APPROVAL IN ADVANCE.

      6) COMMON CARRIER:   Travel by scheduled common carrier (rail, bus, plane) will be reimbursed at GOVERNMENT RATES.   Reimbursement WILL NOT be made for First Class accommodations, "Frequent Flyer" tickets, or charter service.   DO NOT purchase non-refundable tickets.   If your appearance date changes or is cancelled, you WILL NOT be reimbursed for non-refundable tickets.  Please contact Senta Parker, 916-307-8614 for travel arrangements.

    c.   MEALS AND LODGING:   If you are asked by the case attorney to remain away from your residence OVERNIGHT, you will receive a one-half meal allowance for travel days and a full allowance for days between travel days, and the actual cost of lodging for each night you incur a lodging expense up to the allowable government rate. Sacramento, CA - Meals allowance = $66.00 full days; $33.00 travel days; Motel Maximum Rate = $135.00+tax.  Please contact Senta Parker, 916-307-8614 for lodging arrangements. ==Please bring funds for your meals, the government cannot provide you with meals or funds for meals at the time of trial or other court appearances.==

PAYMENT OF EXPENSES:   Unless you contact Senta Parker 916-307-8614, **YOU ARE PERSONALLY RESPONSIBLE** for the payment of your transportation and lodging expenses.   (SEE NEXT PAGE FOR TRAVEL ARRANGEMENTS).

RECEIPTS:   Receipts are required for **all parking, transportation, lodging, and all other items** (excluding meals) costing more than $25.

APPEARANCE IN ANOTHER CITY:   **ADVANCE**.   If you do not have funds to travel to court, immediately contact the person named in the WITNESS TRAVEL INSTRUCTION page.   Any amount advanced will be deducted when your fees and allowances are computed.   **TRAVEL ASSISTANCE**:   If you require transportation (i.e. airplane, train, bus, etc.) tickets and/or lodging please contact Senta Parker 916-307-8614.

UNUSUAL EXPENSES:   If you have a medical or family condition requiring additional expenses, **IMMEDIATELY** contact the case agent.

DISMISSAL:   When you are advised that your attendance is no longer required, the case attorney requiring your attendance will provide you with a **Fact Witness Voucher (DOJ-3)**.   You must list your expenses on the voucher. The voucher will be submitted for processing.   A Department of Treasury check will be mailed to you. If the case agent or witness coordinator forgets to offer you a voucher, please ask for one from our receptionist on the 10th floor.

CHECK IN AT:                    UNITED STATES ATTORNEY'S OFFICE
                                          501 I Street, Ste 10-100
                                          Sacramento, CA   95814
                                          10th Floor

TRAVEL INFORMATION

You may request a prepaid airline or rail ticket and/or a prepaid hotel room (room charges only) for your travel to court. To do so, please follow the instructions on the attached sheet, which explains how to make travel arrangements.   If you have not received your itinerary email from the travel agent within five days of your scheduled departure date, contact a member of the Victim/Witness Unit listed at the top of page 3.

LOCAL TRANSPORTATION

If you require transportation to your hotel or the courthouse from Sacramento International Airport (SMF) or another location please contact Senta Parker 916-307-8614.  Taxicabs are also available outside the terminals.  Except in unusual circumstances, rental cars are not authorized.   Prior approval is required.

**\*\*\*\*PARKING - If you park at AMTRAK/Courthouse Parking,   prepayment, approx. $10.00, (may be subject to change) is required.   You must pre-pay for parking in this lot.   Please pay the daily maximum.**

**Note: Receipts are required for all parking.**

Parking is available at AMTRAK/Courthouse Parking 5th and I St.; PLEASE AVOID METER PARKING – ==THE GOVERNMENT WILL NOT PAY FOR PARKING TICKETS !!!==

CHILD CARE

Reimbursement for baby-sitting is available through special authorization.   Please present a receipt signed by the sitter stating the hourly or daily fee.   The receipt should also include the age of each child and the dates of service.   The requestor should state that there was no family member available to provide care for the children.   Unless your young children are witnesses, please do not bring them to court.

** **YOUR DAY IN COURT** ** YOU MUST BRING A PICTURE I.D. TO THE COURTHOUSE.   YOU WILL GO THROUGH A SECURITY CHECKPOINT TO ENTER THE BUILDING.   CAMERAS, SOME ELECTRONIC DEVICES, WEAPONS AND SHARP OBJECTS ARE NOT ALLOWED.   Please bring money for lunch, parking, snacks, and telephone calls.   Please be prepared to be here all day, if required, as there are many unexpected changes and delays in court proceedings.   There is a cafeteria on the second floor.

FEDERAL GOVERNMENT EMPLOYEES (Civilian & Military)

Contact the Victim Witness Coordinator or the case agent if you have any questions regarding travel and/or reimbursement.

FACT WITNESS VOUCHERS & REIMBURSEMENT CHECKS

Please complete Fact Witness Voucher, Form DOJ-3, to claim your witness fees and travel reimbursements.   Be sure to claim mileage to and from the airport, courthouse, etc.   If a relative or friend who is not a witness drives you, you may claim the mileage.   If you ride with another witness, only one person may claim the mileage.   The U.S. Attorney's Office does not issue payment checks.   ==Vouchers will be submitted for processing and take approximately 120 days to process==.   Please pick up your voucher from the receptionist located on the 10th floor.

If you have questions, or encounter difficulties, please contact Senta Parker 916-307-8614.

# WITNESS TRAVEL INSTRUCTIONS

**IMPORTANT - SHOULD YOU HAVE ANY PROBLEMS CONTACT:**
Senta Parker at (916) 307-8614 or senta.parker@usdoj.gov

.

Please verify with the case agent that your appearance is required and that your name has been given to the Victim Witness Unit.

To book your travel arrangements, call Senta Parker, Victim Witness Assistant at 916-307-8614 no sooner than two weeks prior to subpoena/summons appearance date.

1.  Give the name of the Assistant U.S. Attorney that is assigned to the case.

2.  Give your last name.

3.  Give your first name.

4.  Give your contact telephone number, cell phone number, and email. (You will receive your E-Ticket and itinerary via email)

If you have not received your itinerary within five days of your scheduled departure, please contact the individual(s) listed above. Please check in at the respective airline counter by presenting a picture I.D.   Please check in early due to security at the airports.

Note to witnesses:

You are authorized to receive round trip airfare from the point of subpoena to the place of testimony. If you wish to combine personal travel with court travel, we cannot make those arrangements for you.   You must purchase your own ticket and file a claim for reimbursement up to what it would have cost the government had you traveled directly to and from court.   If you wish to delay your return home, contact the airline to change your reservations.    However, all expenses stop once you are released to return home.

If the attorney cancels your appearance, please call Senta Parker at 916-307-8614 or email her at Senta.Parker@usdoj.gov

FAQs

- Plan on being at the court all day…if you need to take medication while you are at the courthouse, please bring it with you…bring reading material or something for you to do while waiting to testify
- Bring funds for meals & parking (if needed)
- Best available parking
  - Amtrak (Lot 293) – (5th and I Streets) located across from the Federal Courthouse
    - Pay $10.00 for a full day
    - DO NOT PARK IN THE TWO (2) HOUR PARKING, you will be ticketed if you go past the two hours
      - THE GOVERNMENT WILL NOT PAY FOR PARKING TICKETS
    - Identify the number of your parking spot, go to the ticket kiosk and pay for that spot
  - Old Sacramento Garage – 2nd and I Streets
    - $13.00 per day maximum

## RULE 902(11) CERTIFICATE OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

1. I am an employee of WAGNER, KIRKMAN, BLAINE, KLOMPARENS & YOUMANS, LLP

My Title is _____.

In the course of my employment, I have access to customer-related records of my employer, and I am authorized to certify these records as a custodian of records.

2. Pursuant to federal Subpoena # <u>2015R00389 - 031</u>, my employer has produced records to the U.S. Attorney's Office for the Eastern District of California, consisting of documents relating to the account(s) or person(s) listed below.

3. Pursuant to Federal Rule of Evidence 902(11), I certify that the records produced in response to the Trial Subpoena # <u>2015R00389 - 031</u>:

(A) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; and

(B) Were kept in the course of my employer's regularly conducted activity; and

(C) Were made by the regularly conducted activity as a regular practice.

Under the penalties of perjury under the laws of the United States, I certify that the above is true and correct, and if called as a witness, I could competently testify thereto.

Executed on_____, at_____.

_____
Name:
Title:

Documents provided:

CERTIFICATE PROVIDED TO:
ATTN: MICHAEL BECKWITH/CHI SOO KIM
The United States Attorney's Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814

**Wagner, Kirkman, Blaine, Klomparens & Youmans, LLP**
**(Subpoena Attachment)**

1. All documents and communications related to the Protest Letter (Gov. Ex. 340) dated June 15, 2010 and signed by Douglas Youmans on behalf of Stephen J. Dougan, or its drafting.

2. All documents and communications involving Stephen J. Dougan which are related to his fee, including, but not limited to:

    a. Any fee agreement(s) in your possession, custody, or control at the time of the June 2010 protest letter, and documents describing when or how such fee agreement(s) were received;

    b. Other information related to Stephen J. Dougan's fees in your possession, custody, or control at the time of the June 2010 protest letter, including but not limited to, his fee percentages, the calculation of his fees, the fees charged, and the amounts received;

    c. Decisions regarding the fee percentages represented in the June 2010 protest letter, including but not limited to, any changes made in June 2010 protest letter;

    d. Information supporting the fee percentages represented in the June 2010 protest letter.

3. Notes taken by Ann Weir during the interview of Ms. Klomparens on January 29, 2019 and all document and communications related to those notes.

## Instructions

As used above, the term "documents" means every writing or record of whatever type or description, including but not limited to any electronically stored data or paper document, in the possession, custody, or control of **Wagner, Kirkman, Blaine, Klomparens & Youmans, LLP**.  This includes, but is not limited to:

    a.    All material that is handwritten, typed, printed, recorded, transcribed, taped, filmed, in graphic form, or in aural form;

    b.    Drawings, designs, manuals, memoranda, emails, reports, databases, financial reports, notes, diaries, notations of any sort of conversations, working papers, letters, envelopes, telegrams, messages, studies, analyses, books, articles, magazines, newspapers, booklets, circulars, bulletins, notices, instructions, pamphlets, pictures, films, videos, voice recordings, maps, work papers, arithmetical computations, calendars, date books, minutes, all communications of any type, MP3s, audiotapes, videotapes, CDs, DVDs, or other recordings;

    c.    Electronically stored data on magnetic or optical storage media as an "active" file or files (readily readable by one or more computer applications or forensics software), including metadata;

    d.    Any electronic files saved as a backup or drafts, including metadata;

    e.    Any deleted, but recoverable electronic files, including metadata;

    f.    Any electronic file fragments (files that have been deleted and partially overwritten with new data), including metadata;

g.      Slack (data fragments stored randomly from random access memory on a hard drive during the normal operation of a computer or residual data left on the hard drive after new data has overwritten some but not all of previously stored data), including metadata;

h.      Every copy of every document where such copy is not identical to the original because of any addition, deletion, alteration, or notation; and

i.      All attachments, enclosures, or other matter affixed to or incorporated by reference within documents responsive to this Subpoena including, but not limited to, any pages showing who reviewed, approved, or rejected a particular document.

As used above, the term "communications" means any transmission or exchange of information between two or more persons orally, in writing, or electronically, including, but not limited to, any conversation or discussion, whether face-to-face or by means of telephone, telegraph, telex, electronic (including email, chats, SMS text, all Bloomberg communications, and instant messaging), or other media, whether by chance or by design, in the possession, custody, or control of **Wagner, Kirkman, Blaine, Klomparens & Youmans, LLP**.

As used above, the term "communications" includes any "documents" attached to a particular communication.  As used above, the phrase "sent or received by" includes all copying (blind or otherwise).

When producing documents, *please indicate in a cover letter the individual bates numbers and bates ranges that are responsive to each request. Additionally, when coding documents, please add a field indicating the request to which each document responds*.  If any of the information sought in the above requests is not in the possession of Capital One, please provide contact information for a Capital One custodian who can testify in that regard.

Attached is a document related to production specifications for electronically stored information ("ESI").  Please let us know if you have any questions regarding this document.  Prior to production, please confirm anticipated method of production with AUSA Michael M. Beckwith, AUSA Chi Soo Kim, or AUSA Matthew D. Segal.

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  2:16-cr-00145-WBS |
| STEPHEN DOUGAN | ) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: DOUGLAS YOUMANS
    WAGNER, KIRKMAN, BLAINE,
    KLOMPARENS & YOUMANS, LLP

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. COURTHOUSE AND FEDERAL BUILDING<br>501 I STREET, SACRAMENTO, CA 95814 | Courtroom No: |
|---|---|---|
| | CHECK IN AT:  U.S. ATTORNEY'S OFFICE<br>501 I STREET, 10TH FLOOR<br>SACRAMENTO, CA  95814 | Hon. William B. Shubb - 14th Floor, Ctrm 5 |
| | MAILING ADDRESS:  U.S. ATTORNEY'S OFFICE<br>501 I STREET, STE 10-100<br>SACRAMENTO, CA  95814 | Date and Time: March 18, 2019          9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE ATTACHED, TO BE RETURNED BY MARCH 13, 2019 PER COURT ORDER

Date:  March 5, 2019

*Marianne Matherly,* CLERK OF COURT



_____
*Signature of Clerk or Deputy Clerk*

The name, address, and telephone number of the attorney representing United States of America, who requests this subpoena, is:

MICHAEL BECKWITH/CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Case No. 2:16-cr-00145-WBS

**PROOF OF SERVICE**

This subpoena for:  DOUGLAS YOUMANS    ⊞

was received by me on *(date)* _____

    ☐ The undersigned hereby certifies that she personally served the attached documents on

    on *(date)* _____ ; or

    ☐ The undersigned hereby certifies that she placed said copy in an envelope, addressed to the person hereinafter named, at the place and address listed below, which is the best address known, and caused said envelope and contents to be sent from Sacramento, California to the recipient via certified mail:

    ☐ The undersigned hereby certifies that she sent via electronic mail the attached document to the person listed below, at the email address listed below, to serve this subpoena:

    on *(date)* _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____  _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

**NOTICE TO FACT WITNESSES APPEARING ON BEHALF OF THE UNITED STATES GOVERNMENT**

NAME & PHONE NUMBER OF CONTACT PERSON: (916)554-2700 AUSA: MICHAEL BECKWITH/CHI SOO KIM     +
CASE Agent [NAME] and Phone:

VERIFY YOUR ATTENDANCE:   On the last business day BEFORE you travel to court, call the case agent or the victim witness unit (phone numbers on the Witness travel instruction page) to verify that your attendance is required.   This may prevent a wasted trip in the event the trial date has changed. Identify yourself as a WITNESS.   State your **NAME, the CASE FOR WHICH YOU HAVE BEEN CALLED, and the ATTORNEY'S NAME.**

ATTENDANCE:   The subpoena or summons will tell you to appear at 501 I Street, Sacramento, CA 95814.  Before reporting to the courtroom, you are requested to report to the receptionist located on the 10th floor of the courthouse.   You should do this **EACH DAY** on which you are asked to be in attendance.

Reimbursement information on this form MAY NOT APPLY to Federal Employees (Military or Civilian), deportable aliens paroled into the United States for prosecution, or incarcerated persons.  Please contact the Victim Witness Unit for clarification.

FEE AND ALLOWANCES:   Title 28, U.S. Code Section 1821, provides for the following fees and allowances. Notes: Allowances may be subject to change.

    a.   FEE:   $40.00 for each day's attendance and **REQUIRED** travel days.

    b.   TRANSPORTATION:   Reimbursement for travel by the **LEAST EXPENSIVE** method reasonably available, **INCLUDING TRAVEL TIME**, will be made according to the following rules:

      1)  LOCAL TRAVEL:   (Within 50 miles of the court) Travel within the local area of the court should be by automobile, bus, or light rail.
      2)   INTERMEDIATE TRAVEL:   (50 to 200 miles from court) Travel within 50 to 200 miles from court should be by the **MOST ECONOMICAL** scheduled common carrier (bus, rail, or plane) available in our area or by privately owned vehicle.

      3)  LONG DISTANCE TRAVEL:   (Over 200 miles from court) Long distance travel will be reimbursed at government rates for scheduled common carrier unless there is limited air service in your area or a medical reason for not flying.

      4) PRIVATELY OWNED VEHICLES (POV):   The rates per mile for travel by POV will be the current federal mileage reimbursement rate at the time of appearance.

Distances traveled are determined by Google or Bing Maps.  In addition, NECESSARY tolls, parking fees, tie down fees, etc. will be paid.   If two or more witnesses travel in the same POV, only one reimbursement for mileage will be made.   Reimbursement for travel by POV may be limited to the cost of travel by common carrier.   You <u>must</u> save all receipts and submit them with the DOJ-3 witness voucher that is available at the 10th floor reception area.

      5) RENTAL VEHICLES AND OTHER TRANSPORTATION EXPENSES **WILL NOT** BE REIMBURSED  WITHOUT SPECIAL JUSTIFICATION AND APPROVAL IN ADVANCE.

      6) COMMON CARRIER:   Travel by scheduled common carrier (rail, bus, plane) will be reimbursed at GOVERNMENT RATES.   Reimbursement WILL NOT be made for First Class accommodations, "Frequent Flyer" tickets, or charter service.   DO NOT purchase non-refundable tickets.   If your appearance date changes or is cancelled, you WILL NOT be reimbursed for non-refundable tickets.  Please contact Senta Parker, 916-307-8614 for travel arrangements.

    c.   MEALS AND LODGING:   If you are asked by the case attorney to remain away from your residence OVERNIGHT, you will receive a one-half meal allowance for travel days and a full allowance for days between travel days, and the actual cost of lodging for each night you incur a lodging expense up to the allowable government rate. Sacramento, CA - Meals allowance = $66.00 full days; $33.00 travel days; Motel Maximum Rate = $135.00+tax.  Please contact Senta Parker, 916-307-8614 for lodging arrangements.  **Please bring funds for your meals, the government cannot provide you with meals or funds for meals at the time of trial or other court appearances.**

PAYMENT OF EXPENSES:   Unless you contact Senta Parker 916-307-8614, **YOU ARE PERSONALLY RESPONSIBLE** for the payment of your transportation and lodging expenses.   (SEE NEXT PAGE FOR TRAVEL ARRANGEMENTS).

RECEIPTS:   Receipts are required for **all parking, transportation, lodging, and all other items** (excluding meals) costing more than $25.

APPEARANCE IN ANOTHER CITY:   **ADVANCE**.   If you do not have funds to travel to court, immediately contact the person named in the WITNESS TRAVEL INSTRUCTION page.   Any amount advanced will be deducted when your fees and allowances are computed.   **TRAVEL ASSISTANCE**:   If you require transportation (i.e. airplane, train, bus, etc.) tickets and/or lodging please contact Senta Parker 916-307-8614.

UNUSUAL EXPENSES:   If you have a medical or family condition requiring additional expenses, **IMMEDIATELY** contact the case agent.

DISMISSAL:   When you are advised that your attendance is no longer required, the case attorney requiring your attendance will provide you with a **Fact Witness Voucher (DOJ-3)**.   You must list your expenses on the voucher. The voucher will be submitted for processing.   A Department of Treasury check will be mailed to you. If the case agent or witness coordinator forgets to offer you a voucher, please ask for one from our receptionist on the 10th floor.

CHECK IN AT:                    UNITED STATES ATTORNEY'S OFFICE
                                501 I Street, Ste 10-100
                                Sacramento, CA   95814
                                10th Floor

TRAVEL INFORMATION

You may request a prepaid airline or rail ticket and/or a prepaid hotel room (room charges only) for your travel to court.   To do so, please follow the instructions on the attached sheet, which explains how to make travel arrangements.   If you have not received your itinerary email from the travel agent within five days of your scheduled departure date, contact a member of the Victim/Witness Unit listed at the top of page 3.

LOCAL TRANSPORTATION

If you require transportation to your hotel or the courthouse from Sacramento International Airport (SMF) or another location please contact Senta Parker 916-307-8614.   Taxicabs are also available outside the terminals.  Except in unusual circumstances, rental cars are not authorized.   Prior approval is required.

****PARKING - If you park at AMTRAK/Courthouse Parking,    prepayment, approx. $10.00, (may be subject to change) is required.   You must pre-pay for parking in this lot.   Please pay the daily maximum.

Note: Receipts are required for all parking.

Parking is available at AMTRAK/Courthouse Parking 5th and I St.; PLEASE AVOID METER PARKING – THE GOVERNMENT WILL NOT PAY FOR PARKING TICKETS !!!

CHILD CARE

Reimbursement for baby-sitting is available through special authorization.   Please present a receipt signed by the sitter stating the hourly or daily fee.   The receipt should also include the age of each child and the dates of service.   The requestor should state that there was no family member available to provide care for the children.   Unless your young children are witnesses, please do not bring them to court.

** **YOUR DAY IN COURT** ** YOU MUST BRING A PICTURE I.D. TO THE COURTHOUSE.   YOU WILL GO THROUGH A SECURITY CHECKPOINT TO ENTER THE BUILDING.   CAMERAS, SOME ELECTRONIC DEVICES, WEAPONS AND SHARP OBJECTS ARE NOT ALLOWED.   Please bring money for lunch, parking, snacks, and telephone calls.   Please be prepared to be here all day, if required, as there are many unexpected changes and delays in court proceedings.   There is a cafeteria on the second floor.

FEDERAL GOVERNMENT EMPLOYEES (Civilian & Military)

Contact the Victim Witness Coordinator or the case agent if you have any questions regarding travel and/or reimbursement.

FACT WITNESS VOUCHERS & REIMBURSEMENT CHECKS

Please complete Fact Witness Voucher, Form DOJ-3, to claim your witness fees and travel reimbursements.   Be sure to claim mileage to and from the airport, courthouse, etc.   If a relative or friend who is not a witness drives you, you may claim the mileage.   If you ride with another witness, only one person may claim the mileage.   The U.S. Attorney's Office does not issue payment checks.   **Vouchers will be submitted for processing and take approximately 120 days to process.**   Please pick up your voucher from the receptionist located on the 10th floor.

If you have questions, or encounter difficulties, please contact Senta Parker 916-307-8614.

# WITNESS TRAVEL INSTRUCTIONS

**IMPORTANT - SHOULD YOU HAVE ANY PROBLEMS CONTACT:**
Senta Parker at (916) 307-8614 or senta.parker@usdoj.gov

Please verify with the case agent that your appearance is required and that your name has been given to the Victim Witness Unit.

To book your travel arrangements, call Senta Parker, Victim Witness Assistant at 916-307-8614 no sooner than two weeks prior to subpoena/summons appearance date.

1. Give the name of the Assistant U.S. Attorney that is assigned to the case.

2. Give your last name.

3. Give your first name.

4. Give your contact telephone number, cell phone number, and email. (You will receive your E-Ticket and itinerary via email)

If you have not received your itinerary within five days of your scheduled departure, please contact the individual(s) listed above. Please check in at the respective airline counter by presenting a picture I.D.   Please check in early due to security at the airports.

Note to witnesses:

You are authorized to receive round trip airfare from the point of subpoena to the place of testimony. If you wish to combine personal travel with court travel, we cannot make those arrangements for you.   You must purchase your own ticket and file a claim for reimbursement up to what it would have cost the government had you traveled directly to and from court.   If you wish to delay your return home, contact the airline to change your reservations.    However, all expenses stop once you are released to return home.

If the attorney cancels your appearance, please call Senta Parker at 916-307-8614 or email her at Senta.Parker@usdoj.gov

FAQs

- Plan on being at the court all day…if you need to take medication while you are at the courthouse, please bring it with you…bring reading material or something for you to do while waiting to testify
- Bring funds for meals & parking (if needed)
- Best available parking
  - Amtrak (Lot 293) – (5th and I Streets) located across from the Federal Courthouse
    - Pay $10.00 for a full day
    - DO NOT PARK IN THE TWO (2) HOUR PARKING, you will be ticketed if you go past the two hours
      - THE GOVERNMENT WILL NOT PAY FOR PARKING TICKETS
    - Identify the number of your parking spot, go to the ticket kiosk and pay for that spot
  - Old Sacramento Garage – 2nd and I Streets
    - $13.00 per day maximum

## RULE 902(11) CERTIFICATE OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

1. I am an employee of WAGNER, KIRKMAN, BLAINE, KLOMPARENS & YOUMANS, LLP

My Title is _____.

In the course of my employment, I have access to customer-related records of my employer, and I am authorized to certify these records as a custodian of records.

2.     Pursuant to federal Subpoena # _2015R00389 - 031___, my employer has produced records to the U.S. Attorney's Office for the Eastern District of California, consisting of documents relating to the account(s) or person(s) listed below.

3.     Pursuant to Federal Rule of Evidence 902(11), I certify that the records produced in response to the Trial Subpoena # _2015R00389 - 031___:

(A) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; and

(B) Were kept in the course of my employer's regularly conducted activity; and

(C) Were made by the regularly conducted activity as a regular practice.

Under the penalties of perjury under the laws of the United States, I certify that the above is true and correct, and if called as a witness, I could competently testify thereto.

Executed on_____, at_____.

_____
Name:
Title:

Documents provided:

CERTIFICATE PROVIDED TO:
ATTN: MICHAEL BECKWITH/CHI SOO KIM
The United States Attorney's Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814

**Wagner, Kirkman, Blaine, Klomparens & Youmans, LLP**
**(Subpoena Attachment)**

1. All documents and communications related to the Protest Letter (Gov. Ex. 340) dated June 15, 2010 and signed by Douglas Youmans on behalf of Stephen J. Dougan, or its drafting.

2. All documents and communications involving Stephen J. Dougan which are related to his fee, including, but not limited to:

   a. Any fee agreement(s) in your possession, custody, or control at the time of the June 2010 protest letter, and documents describing when or how such fee agreement(s) were received;
   b. Other information related to Stephen J. Dougan's fees in your possession, custody, or control at the time of the June 2010 protest letter, including but not limited to, his fee percentages, the calculation of his fees, the fees charged, and the amounts received;
   c. Decisions regarding the fee percentages represented in the June 2010 protest letter, including but not limited to, any changes made in June 2010 protest letter;
   d. Information supporting the fee percentages represented in the June 2010 protest letter.

3. Notes taken by Ann Weir during the interview of Ms. Klomparens on January 29, 2019 and all document and communications related to those notes.

## Instructions

As used above, the term "documents" means every writing or record of whatever type or description, including but not limited to any electronically stored data or paper document, in the possession, custody, or control of **Wagner, Kirkman, Blaine, Klomparens & Youmans, LLP**.  This includes, but is not limited to:

   a. All material that is handwritten, typed, printed, recorded, transcribed, taped, filmed, in graphic form, or in aural form;
   b. Drawings, designs, manuals, memoranda, emails, reports, databases, financial reports, notes, diaries, notations of any sort of conversations, working papers, letters, envelopes, telegrams, messages, studies, analyses, books, articles, magazines, newspapers, booklets, circulars, bulletins, notices, instructions, pamphlets, pictures, films, videos, voice recordings, maps, work papers, arithmetical computations, calendars, date books, minutes, all communications of any type, MP3s, audiotapes, videotapes, CDs, DVDs, or other recordings;
   c. Electronically stored data on magnetic or optical storage media as an "active" file or files (readily readable by one or more computer applications or forensics software), including metadata;
   d. Any electronic files saved as a backup or drafts, including metadata;
   e. Any deleted, but recoverable electronic files, including metadata;
   f. Any electronic file fragments (files that have been deleted and partially overwritten with new data), including metadata;

g.      Slack (data fragments stored randomly from random access memory on a hard drive during the normal operation of a computer or residual data left on the hard drive after new data has overwritten some but not all of previously stored data), including metadata;

h.      Every copy of every document where such copy is not identical to the original because of any addition, deletion, alteration, or notation; and

i.      All attachments, enclosures, or other matter affixed to or incorporated by reference within documents responsive to this Subpoena including, but not limited to, any pages showing who reviewed, approved, or rejected a particular document.

As used above, the term "communications" means any transmission or exchange of information between two or more persons orally, in writing, or electronically, including, but not limited to, any conversation or discussion, whether face-to-face or by means of telephone, telegraph, telex, electronic (including email, chats, SMS text, all Bloomberg communications, and instant messaging), or other media, whether by chance or by design, in the possession, custody, or control of **Wagner, Kirkman, Blaine, Klomparens & Youmans, LLP**.

As used above, the term "communications" includes any "documents" attached to a particular communication.  As used above, the phrase "sent or received by" includes all copying (blind or otherwise).

When producing documents, *please indicate in a cover letter the individual bates numbers and bates ranges that are responsive to each request. Additionally, when coding documents, please add a field indicating the request to which each document responds*.  If any of the information sought in the above requests is not in the possession of Capital One, please provide contact information for a Capital One custodian who can testify in that regard.

Attached is a document related to production specifications for electronically stored information ("ESI").  Please let us know if you have any questions regarding this document.  Prior to production, please confirm anticipated method of production with AUSA Michael M. Beckwith, AUSA Chi Soo Kim, or AUSA Matthew D. Segal.