# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
Before the Honorable **WILLIAM B. SHUBB, JUDGE**

## CRIMINAL MINUTES - EVIDENTIARY HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff** | Time in Court: **2:38** |
| v. | CASE #: CR 16-145 WBS |
| | DATE: March 18, 2019 |
| STEPHEN DOUGAN **Defendant.** | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter: Kimberly Bennett |

**Appearance(s) for Government:**

Michael Beckwith, AUSA
Chi Soo Kim, AUSA
Matthew Segal, AUSA

**Appearance(s) for Defendant(s):**

1. **Stephen Dougan** (Present/Out of Custody)
   Counsel: Patrick Hanly, Retained

**Proceedings:** Evidentiary Hearing Re Defendant's Motion to Dismiss (DAY 1)

| Time | Event |
|---|---|
| 9:00 a.m. | Hearing commences. Court confers with counsel. Tom Johnson makes an appearance on behalf of witnesses Robin Klomparens and Doulas Youmans and confers with the court re subpoenaed documents. |
| 9:05 a.m. | Court orders witness excluded. |
| 9:07 a.m. | Witness **Douglas Youmans** called and sworn to testify by Defendant. |
| 9:42 a.m. | Witness on cross-examination by Government. [Exhibits Identified and/or Admitted: 403, 340, 1210, 490-02, 490-03, 340-02, 340-03, .] |
| 10:30 a.m. | Court recessed. |
| 10:47 a.m. | Hearing resumes. Witness resumes on cross-examination. [Exhibits Identified and/or admitted: 1200, 1209, 1210, 1225, 1233.] |
| 10:50 a.m. | Witness on redirect by Defendant. Witness excused. |
| 10:52 a.m. | Witness **Robin Klomparens** called and sworn to testify by Government. [Exhibits Identified and/or admitted: 1204, 1205, 1216, 1226, 1219, 1213, 1214, 1215, 1221, 1225, 1210, 490-03, 1208, 1207.] Witness excused. |
| 11:54 a.m. | Court **ORDERS** matter **TAKEN UNDER SUBMISSION** and shall prepare and issue a separate order. |
| 11:55 a.m. | Matter adjourned. |

**Other:** Receipt for Exhibit form signed by government counsel for return of exhibits. Filed Exhibit and Witness Lists.