1
2
3
4
5
6
7  THE UNITED STATES DISTRICT COURT
8  EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,              CASE NO.  2:16-CR-0145-WBS
11                  Plaintiff,             **GOVERNMENT'S EXHIBIT LIST**
                                           (At Time of Evidentiary hearing)
12         v.
13 STEPHEN J. DOUGAN,
14                  Defendant.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| EX. | DESCRIPTION | BATES NO. | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| **1200** | Youmans Subpoena | | 3-18-19 | 3-18-19 |
| 1201 | Youmans 902(11) | | | |
| 1202 | Youmans Declaration, Document 159-2 | | | |
| 1203 | Youmans Declaration, Declaration 177-2 | | | |
| **1204** | Klomparens Subpoena | | 3-18-19 | 3-18-19 |
| **1205** | Klomparens 902(11) | | 3-18-19 | 3-18-19 |
| 1206 | Klomparens MOI, January 29, 2019 | | | |
| **1207** | Klomparens Declaration, Document 159-3 | | 3-18-19 | 3-18-19 |
| **1208** | Klomparens Declaration, Document 177-3 | | 3-18-19 | 3-18-19 |
| **1209** | IRS Letter to Darla Colson, November 21, 2008 | 377-378 | 3-18-19 | 3-18-19 |
| **1210** | 2006 Tax Audit-Response to Third Document Request (11/21/08) | 363-376 | 3-18-19 | 3-18-19 |
| 1211 | Colson Email, May 19, 2010 | 636-639 | | |
| 1212 | Klomparens Email, May 20, 2010 | 83-85 | | |
| **1213** | Klomparens Email, May 20, 2010 | 331-351 | 3-18-19 | 3-18-19 |
| **1214** | Defendant Email to Klomparens, May 20, 2010 | 640-643 | 3-18-19 | 3-18-19 |
| **1215** | Defendant Email to Klomparens, May 27, 2010 | 914-916 | 3-18-19 | 3-18-19 |
| **1216** | Redacted Personal Injury Fee Agreement | 347-349 | 3-18-19 | 3-18-19 |
| 1217 | Youmans Email, June 7, 2010 | 461-471 | | |
| 1218 | Youmans Email, June 8, 2010 | 472-483 | | |
| **1219** | Youmans Email, June 8, 2010 | 497-509 | 3-18-19 | 3-18-19 |
| 1220 | Defendant Email, June 10, 2010 | 510-511 | | |
| **1221** | Klomparens Email, June 10, 2010 | 531-534 | 3-18-19 | 3-18-19 |
| 1222 | Poletti Email, June 10, 2010 | 543-556 | | |
| 1223 | Youmans Handwritten Notes | 1251 | | |

| | | | | |
|---|---|---|---|---|
| 1224 | Youmans Email, June 11, 2010 | 570-582 | | |
| **1225** | Dougan Email, June 14, 2010 | 583-584 | 3-18-19 | 3-18-19 |
| **1226** | Letter to IRS, June 15, 2010 | 1171-1192 | 3-18-19 | 3-18-19 |
| 1227 | Interview Questions with Notes | DOUGAN_50886-50894 | | |
| 1228 | Executed Documents | 1365-1367 | | |
| 1229 | Document 172-1 (AUSA Notes) | | | |
| 1230 | Beckwith Declaration | | | |
| 1231 | Kim Declaration | | | |
| 1232 | Weir Notes (January 31, 2019) | 1495-1505 | | |
| **1233** | Email Chain (January 30, 2019) | | 3-18-19 | 3-18-19 |