# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**STEPHEN DOUGAN,**<br>Defendant. | Case #: CR 16-145-01 WBS<br><br>**Exhibit and Witness List**<br><br>Courtroom Deputy: Karen Kirksey Smith<br><br>Court Reporter: Kimberly Bennett |

| PRESIDING JUDGE:<br>WILLIAM B. SHUBB | GOVERNMENT ATTORNEY:<br><br>Michael Beckwith, AUSA<br>Chi Soo Kim, AUSA<br>Matthew Segal, AUSA | DEFENDANT'S ATTORNEY(S):<br><br>Patrick Hanly, Retained |
|---|---|---|

**EVIDENTIARY HEARING DATE(S):  March 18, 2019**

| Govt | Deft | Date ID | Date Adm/ Wits Called | Exh No. | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | X | | 3-18-19 | | **Witness Douglas Youmans c/s/t** |
| X | | 3-18-19 | | 403 | Letter to Deborah Allen dated 2-28-06 re Automobile Accident of 9-22-04 |
| X | | 3-18-19 | | 340 | Letter to Ms. Langsten of IRS dated 6-15-10 |
| X | | 3-18-19 | | 490-02 | Checks (5/18/2006) |
| X | | 3-18-19 | | 490-03 | Checks (5/18/2006) |
| X | | 3-18-19 | | 340-02 | Letter to IRS date 6-15-10 (page 2) |
| X | | 3-18-19 | | 340-03 | Letter to IRS date 6-15-10 (page 3) |
| X | | | 3-18-19 | | **Witness Robin Klomparens c/s/t** |