UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



**FILED**
MAR 18 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## RECEIPT FOR EXHIBITS

CASE #: 2:16-*cr*-145-WBS

TITLE: U.S.A. vs STEPHEN DOUGAN

EXHIBITS RETURNED: All exhibits identified and admitted during the evidentiary hearing (upon return of Findings by the Court).

ACKNOWLEDGED BY GOVERNMENT: Chi Soo Kim
(Print Name)

SIGNATURE: Chi Soo L.

DATE: 2/18/2019

DEPUTY CLERK - Karen Kirksey Smith

DATE: 3/18/19

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**\*\*PLEASE RETURN THIS RECEIPT TO THE OFFICE OF THE CLERK\*\***

NOTE: If exhibits are subsequently required for an appeal, review or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.