McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00145-WBS |
| Plaintiff, | ORDER TO SET PSR BRIEFING SCHEDULE |
| v. | |
| STEPHEN J. DOUGAN, | |
| Defendant. | |

**[PROPOSED] ORDER**

On April 22, 2019, after conferring with the parties, the Court set this matter for judgment and sentencing on July 29, 2019. ECF Dkt. No. 202.

Pursuant to Federal Rule of Criminal Procedure 32(e), (f) and (g), the government hereby proposes that the Court adopt and order the following briefing schedule for the Presentence Report:

1. Draft PSR: 6/17/19 (6 weeks before sentencing)
2. Written Objections: 7/1/19 (4 weeks before sentencing)
3. Final PSR Filed: 7/8/19 (3 weeks before sentencing)
4. Motion for Correction: 7/15/19 (2 weeks before sentencing)
5. Reply: 7/22/19 (1 week before sentencing)

To date, the defendant has not objected to this briefing schedule.

///

[PROPOSED] ORDER TO SET PSR BRIEFING SCHEDULE     1

| | | |
|---|---|---|
| Dated: April 30, 2019 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ *Michael M. Beckwith*<br>MICHAEL M. BECKWITH<br>CHI SOO KIM<br>Assistant United States Attorneys |

**ORDER**

The government's proposed briefing schedule for the Presentence Report IS HEREBY ORDERED.

Dated: May 2, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE