McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
CHI SOO KIM
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00145-WBS |
| Plaintiff, | MOTION AND [~~PROPOSED~~] ORDER TO DISMISS |
| v. | |
| STEPHEN J. DOUGAN, | |
| Defendant. | |

## MOTION AND ORDER

On April 22, 2019, after conferring with the parties, the Court set this matter for judgment and sentencing on July 29, 2019. ECF Dkt. No. 202.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government, by and through its counsel of record, hereby moves to dismiss without prejudice Count Two of the Indictment in this case.

Dated: April 30, 2019      MCGREGOR W. SCOTT
United States Attorney


By:  */s/ Michael M. Beckwith*
   MICHAEL M. BECKWITH
   CHI SOO KIM
   Assistant United States Attorneys

# ORDER

The government's motion to dismiss Count Two of the indictment without prejudice IS

HEREBY GRANTED.

Dated:  May 2, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE