Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
STEPHEN J. DOUGAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>STEPHEN J. DOUGAN,<br><br>   Defendant. | Case No: 16-0145 MCE<br><br>**REQUEST FOR TELEPHONIC APPEARANCE BY OUT OF STATE COUNSEL**<br><br>**Date: July 29, 2019**<br>**Time: 9:00 a.m.**<br>**Courtroom: Honorable**<br>**WILLIAM B. SHUBB** |

  Defendant requests that his out of state counsel, Jenny Johnson, be allowed to participate in the Monday, July 29, 2019 status hearing by telephone. Ms. Johnson is a tax specialist and her office is in Chicago. Ms. Johnson will be working on the sentencing in this case as well as the appeal. To coordinate the new sentencing date and pre-sentence report briefing schedule it is important to coordinate with Ms. Johnson's schedule. Accordingly, it is requested that Ms. Johnson be allowed to appear via teleconference call at the status hearing on July 29, 2019.

  Dated: July 23, 2019

**ORDER**

Ms. Johnson may <u>listen</u> to the proceedings by phone, but she may not participate unless she makes a personal appearance.

Dated: July 25, 2019

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

U.S. v. Dougan, CR S 16-104 MCE
Request to Modify Conditions
of Pre-Trial Release