<pre>
Jenny L. Johnson Ware
Johnson Moore LLC
150 N. Wacker Drive #1250
Chicago, IL 60606
Telephone: (312) 549-9992
Facsimile: (312) 549-9991
Email: jenny.johnson@jmtaxlitigation.com

Attorney for Defendant
STEPHEN J. DOUGAN
</pre>

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN DOUGAN,<br><br>Defendant. | Case No.: 2:16-CR-00145 WBS<br><br>STIPULATION REGARDING HEARING ON DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL AND ~~PROPOSED~~ ORDER |

Defendant, Stephen Dougan, and Plaintiff, United States of America, by and through their respective counsels of record, agree and stipulate as follows:

1. The hearing on Defendant's Motion for Release Pending Appeal (ECF No. 238), which is set for hearing on Monday, September 23, 2019, at 9:00 a.m., shall be vacated and reset for hearing on Monday, October 7, 2019, at 9:00 a.m.; and

2. The United States' opposition shall be due September 23, 2019, and Defendant's reply shall be due September 30, 2019.

**IT IS SO STIPULATED.**

Dated: September 11, 2019    /s/ Jenny L. Johnson Ware
                             Counsel for Defendant Stephen Dougan

Dated: September 11, 2019    /s/ Michael M. Beckwith (as authorized on 9/11/19)
                             Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 11, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE