Patrick K., Hanly #128521
455 Capitol Mall Suite 325
Sacramento CA 95814
Telephone: 916-773-2211
Facsimile: 916-492-2680

Attorney for Defendant
Stephen J. Dougan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-145 WBS |
|---|---|
| Plaintiff, | **STIPULATION TO EXONERATE DEFENDANT'S BOND** |
| v. | |
| STEPHEN J. DOUGAN, | **Date:** n/a |
| Defendant. | **Time:** n/a<br>**Place:** Courtroom<br>**WILLIAM B. SHUBB** |

On July 17, 2018, defendant executed a $500,000 unsecured bond to secure the release of his airplane. See ECF 59. On October 9, 2018, defendant's conditions of pretrial release were modified, and this $500,000 bond was secured by defendant's retirement account at Baird Financial Advisers in Roseville, California, account ending in X6524, and held in the name of Stephen J. Dougan. See ECF 67. Defendant was convicted by a jury on January 28, 2019. See ECF 143. He filed an appeal, and the conviction was affirmed on December 14, 2020. See ECF 270. Defendant has now reported to FCI Lompoc and thus there is no longer any need for the bond. Defendant now seeks to exonerate his bond and thereby release any hold on account ending in X6524, filed at ECF 59 and 67. The parties agree that the bond should be exonerated and so stipulate.

Dated: March 31, 2021                              PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                                   /s/ Michael M. Beckwith
                                                   Assistant U.S. Attorney

U.S. v. Dougan, 16-145 WBS

Dated: March 31, 2021 /s/ Patrick K. Hanly
Attorney for Stephen J. Dougan

**IT IS SO ORDERD** that the $500,000 unsecured bond executed by defendant on July 17, 2018 and modified on October 9, 2018 on the account of Stephen J. Dougan ending in X6524 is hereby exonerated.

Dated:  March 31, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

U.S. v. Dougan, 16-145 WBS